UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Agim Kurti<br>Hava Kurti<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-29834<br><br>Chapter: 13<br>Honorable Jack Schmetterer |

## ORDER AUTHORIZING DISBURSEMENT OF FUNDS

THIS MATTER coming to be heard on the MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS, the court having jurisdiction, with due notice having been given to all parties in interest,

IT IS HEREBY ORDERED:

Allstate is authorized to disburse $5,423.00 in insurance funds to the lienholder, OneMain Financial.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: May 26, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtors:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600